IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GEORGE LAMONT DANIEL,

    Plaintiff,                      No. CIV S-06-0713 GGH

    vs.

JO ANNE B. BARNHART,
Commissioner of Social Security,

    Defendants.             <u>ORDER TO SHOW CAUSE</u>

_____/

        Plaintiff filed his complaint on April 3, 2006; service was executed upon defendant on April 21, 2006.  On July 24, 2006, defendant filed with this court, and served upon plaintiff by mail, her answer and the administrative transcript.

        Pursuant to this court's Scheduling Order (and allowing three days for service by mail, Fed. R. Civ. P. 6(e)), plaintiff was required to file a motion for summary judgment and/or remand by September 11, 2006 (45 days after service of the answer and administrative transcript).  Plaintiff has done neither, and has not communicated with this court since the filing of his complaint.

        ACCORDINGLY, plaintiff is ordered to show cause in writing within twenty days of the filed date of this order why this case should not be dismissed for lack of prosecution.

1

1 | Failure to <u>timely</u> file the required writing will result in a recommendation that the case be
2 | dismissed.

3 | **As both parties have not consented to proceed before the magistrate judge,**
4 | **the Clerk shall assign a district judge to the case in addition to the undersigned.**
5 | DATED: 10/25/06

/s/ Gregory G. Hollows
_____
UNITED STATES MAGISTRATE JUDGE

7 | GGH:035
daniel.osc