1

2

3

4

5

6

7

8             IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   GEORGE LAMONT DANIEL,

11          Plaintiff,                    CIV-S-06-0713 MCE GGH

12      vs.

13   JO ANNE B. BARNHART,
     Commissioner of Social
14   Security,

15          Defendant.              FINDINGS & RECOMMENDATIONS

16   _____/

17          By order filed October 25, 2006, plaintiff was ordered to show cause, within

18   twenty days, why his action should not be dismissed for lack of prosecution.  The twenty day

19   period has now expired, and plaintiff has not shown cause or otherwise responded to the court's

20   order.

21          IT IS HEREBY RECOMMENDED that this action be dismissed without

22   prejudice.  See Local Rule 11-110; Fed. R. Civ. P. 41(b).

23          These findings and recommendations are submitted to the United States District

24   Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty

25   days after being served with these findings and recommendations, plaintiff may file written

26   objections with the court.  The document should be captioned "Objections to Magistrate Judge's

1

1   Findings and Recommendations."  Plaintiff is advised that failure to file objections within the

2   specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951

3   F.2d 1153 (9th Cir. 1991).

4   DATED: 12/22/06

                                                    /s/ Gregory G. Hollows
5
                                                    _____
6                                                   GREGORY G. HOLLOWS
                                                    UNITED STATES MAGISTRATE JUDGE
    GGH:035
7   daniel.fsc

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2